IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:95CR138
                              )
      v.                      )
                              )
ROY VIEYRA,                   )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue final disposition hearing (Filing No. 317).  For good cause shown,

IT IS ORDERED that said motion is granted; final disposition hearing is rescheduled for:

**Friday, October 7, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 11th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court