IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )        8:95CR138
                             )
     v.                      )
                             )
ROY VIEYRA,                  )        ORDER
                             )
              Defendant.     )
_____)
```

IT IS ORDERED that the final disposition hearing is rescheduled for:

**Thursday, October 13, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 23rd day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court