IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:95CR138
                              )
      v.                      )
                              )
ROY VIEYRA,                   )         ORDER
                              )
            Defendant.        )
_____)
```

IT IS ORDERED that the final disposition hearing is continued until:

**Friday, March 10, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 13th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court