IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:95CR138 |
| | ) | |
| v. | ) | |
| | ) | |
| ROY VIEYRA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On March 31, 2006, defendant appeared with counsel for a hearing on the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 325). Defendant admitted allegation numbers 1, 2, 6, 7, and 8. The Court found the defendant to be in violation of his conditions of supervised release. The Court then proceeded to sentencing.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of thirteen (13) months. Defendant will not be given credit for time spent in custody pending disposition of the violation of his supervised release.

2) Upon completion of the defendant's incarceration, his supervised release will be terminated.

DATED this 3rd day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court